[No. 73614-1-I. Division One. February 29, 2016.]

DAVID A. KOHLES, INC. PS, *Appellant*, v. MICHAEL COOK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-04785-0, Ellen J. Fair, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 74137-3-I. Division One. February 29, 2016.]

VICKIE ELLIOTT, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-01817-6, David E. Gregerson, J., entered October 13, 2014. *Reversed* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Cox and Trickey, JJ.

[No. 44101-2-II. Division Two. March 1, 2016.]

TED SPICE, *Appellant*, v. DONNA E. DUBOIS, *as Personal Representative*, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-11622-8, John R. Hickman, J., entered October 5, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 45494-7-II. Division Two. March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN WAYNE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00739-6, James W. Lawler, J., entered May 30, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Lee, J.